**Order entered January 31, 2017**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-01398-CV

### IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN

On Appeal from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-14-07021

### ORDER

Before the Court are Tina Chapman's January 26, 2017 (1) motion for an extension of time to file reporter's record, (2) notice of past due findings of fact and conclusions of law, and (3) motion to extend time to file appellant's brief; and, Christina Chapman's January 27, 2017 (1) notice of past due findings of fact and conclusions of law, and (2) motion to extend time to file appellant's brief. The Chapmans seek an extension of time to file their brief because the trial court has not filed the findings of fact and conclusions of law they requested. Tina Chapman also seeks an extension to file the reporter's record because the record of a hearing held August 24, 2015, though requested, has not been filed.

We order as follows. We **GRANT** the motion to extend time to file the reporter's record to the extent we **ORDER** court reporter Elizabeth Neve Griffin to file, within **THIRTY DAYS** of the date of this order, either (1) the requested record or (2) written verification no record exists of the hearing.

On our own motion, we **ORDER** the Honorable Tena Callahan, Presiding Judge of the 302nd Judicial District Court of Dallas County, Texas to make, within twenty (20) days of the date of this order, findings of fact and conclusions of law as requested by both Tina Chapman and Christina Chapman on November 17, 2016. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court within twenty-five (25) days of the date of this order.

Because the appellate record is not complete, we **DENY** as premature the motions to extend time to file the briefs.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Callahan; Ms. Griffin; Ms. Twyla Weatherford, court coordinator of the 302nd Judicial District Court of Dallas County; Dallas County District Clerk Felicia Pitre; and all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty (30) days from the date of this order or when the Court receives the supplemental reporter's record and the findings of fact and conclusions of law, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
        JUSTICE